UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Plaintiff,

CASE NO.:

vs.

CINDY SUE RAINEY, BAILEY
RAINEY, JACK RAINEY, FRANCES
JUNE ARCHIBALD, SUZANNE
RAINEY, and LISA JUNE HUDEC,

    Defendants.
_____/

## INTERPLEADER COMPLAINT

COMES NOW Plaintiff, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by and through undersigned counsel and hereby files its Complaint for Interpleader and Other Relief against Defendants, CINDY SUE RAINEY, BAILEY RAINEY, JACK RAINEY, FRANCES JUNE ARCHIBALD, SUZANNE RAINEY, and LISA JUNE HUDEC, pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1331 and in support thereof states as follows:

### PRELIMINARY STATEMENT

1. LINA brings this Interpleader Action to obtain adjudication of competing claims to certain life insurance policy benefits which LINA is holding pursuant to an employer sponsored employee benefits plan. Upon information and

Case No.:

belief, the adverse claimants are CINDY SUE RAINEY, surviving spouse and beneficiary of decedent DAVID RAINEY, BAILEY RAINEY, son and contingent beneficiary of decedent, DAVID RAINEY, JACK RAINEY, son and contingent beneficiary of decedent, DAVID RAINEY, JUNE FRANCES ARCHIBALD, mother of decedent, DAVID RAINEY, SUZANNE RAINEY, sister of decedent, DAVID RAINEY and LISA JUNE HUDEC, sister of decedent, DAVID RAINEY As various claimants have asserted or may assert claims to the benefits of the subject policy, LINA requests that it be allowed to deposit with the Court the life insurance proceeds at issue, ONE HUNDRED SIXTY SEVEN THOUSAND DOLLARS ($167,000.00) in basic life insurance and THREE HUNDRED THOUSAND DOLLARS ($300,000.00) in voluntary life insurance, plus any applicable interest, and allow the defendants to litigate the issue as to the rightful owner(s) of these funds.

## PARTIES

2.  Plaintiff, LIFE INSURANCE COMPANY OF NORTH AMERICA, is a Pennsylvania corporation with its principal place of business located in Philadelphia, PA.

3.  Defendant, CINDY SUE RAINEY, is a Florida resident with a last known address of 14 Black Oak Court, Palm Coast, Florida, 32137.

Case No.:

4. Defendant, BAILEY RAINEY, is a Florida resident with a last known address of 14 Black Oak Court, Palm Coast, Florida, 32137.

5. Defendant, JACK RAINEY, is a Florida resident with a last known address of 14 Black Oak Court, Palm Coast, Florida, 32137.

6. Defendant, FRANCES JUNE ARCHIBALD, is a Florida resident with a last known address of 5181 Jasper Square, Vero Beach, Florida, 32967.

7. Defendant, SUZANNE RAINEY, is a California resident with a last known address of 333. N. Bonhill Rd., Los Angeles, California, 90049.

8. Defendant, LISA JUNE HUDEC, is a resident of Yucaipa, San Bernardino County, California.

## JURISDICTION AND VENUE

9. The subject policy funds benefits under an "employee welfare benefit plan" which is governed by the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §1001, *et. seq*.

10. Plaintiff is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, having its principal place of business in the Commonwealth of Pennsylvania. Defendants are citizens of the State of Florida and California.

11. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C § 1332 as the amount of available life insurance

Case No.:

proceeds equals FOUR HUNDRED SIXTY-SEVEN THOUSAND DOLLARS ($467,000.00).

12. This Court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1335 and 28 U.S.C.§1332.

13. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a)(b) as the deceased resided in this district and division.

## GENERAL ALLEGATIONS

14. LINA issued group life insurance policy FLX 965997 to Ethos Energy, the deceased's employer. The deceased, David Rainey, was an insured under the policy. The policy benefits total Four Hundred Sixty-Seven Thousand dollars in basic and voluntary coverages. ($467,000.00). A true and correct copy of the Group Life Insurance Policy is attached hereto as Exhibit "A."  The primary beneficiary was designated as Cindy Sue Rainey and the contingent beneficiaries are Bailey Rainey and Jack Rainey. A copy of the open enrollment form reflecting David Rainey's beneficiary selections is attached as Exhibit "B".

15. On July 25, 2021, the body of David Rainey was found submerged in a canal behind a vacation house he was renting with his family. He had been stabbed multiple times and his death was ruled a homicide.

Case No.:

16. The homicide investigation is still ongoing, and, upon information and belief, the police have not ruled out Cindy Sue Rainey, Bailey Rainey, or Jack Rainey as suspects.

17. Competing claims for the life insurance benefits have been submitted. Cindy Sue Rainey contends that she is entitled to the proceeds. Suzanne Rainey has submitted a claim on behalf of her mother June Frances Archibald. Suzanne Rainey contends that Florida Statute § 732.802(3), known as the Slayer Statute, precludes Cindy Sue Rainey, Bailey Rainey, and Jack Rainey from collecting and therefore the proceeds should be awarded to Ms. Archibald.

18. Florida Statute § 732.802(3) provides that a "named beneficiary of a life insurance policy or other contractual agreement who unlawfully and intentionally kills the principal obligee or person upon whose life the policy is issued is not entitled to any benefit under the bond, policy or other contractual arrangement; and it becomes payable as though the killer had predeceased the decedent".

19. A wrongful death lawsuit has been filed against Cindy Rainey, Bailey Rainey, and Jack Rainey alleging that each of them "unlawfully and intentionally killed David Rainey" and then disposed of his body in the canal behind the vacation rental.

Case No.:

20. LINA claims no title to, or interest in, the life insurance benefits payable under the policy for the death of David Rainey and is ready and willing to pay the proceeds to the person or persons entitled to it. However, given the current criminal investigation, potential for criminal charges, the recently filed civil wrongful death suit, and the potential applicability of Florida Statute § 732.802(3), LINA is unable to make that determination as to the conflicting claims and potential claims without exposing itself to double or multiple liability from Defendants.

21. LINA is ready, willing, and hereby offers to deposit the balance of the proceeds of the policy in the amount of Four Hundred Sixty-Seven Thousand Dollars ($467,000.00) together with any accrued interest to the Court or a person duly authorized by the Court to receive it.

22. LINA has no means other than this action to protect itself against prospective double liability for claims and potential claims made by the Defendants to the benefits payable on the policy.

WHEREFORE, LINA requests this Court enter judgment:

    a. Directing LINA to pay the sum of Four Hundred Sixty-Seven Thousand dollars ($467,000.00), together with any accrued interest into this Court;

    b. Directing the Defendants to interplead their rights to such sum;

Case No.:

    c.    Restraining the Defendants, and each of them, from instituting any action against LINA to recover such sum;

    d.    Discharging LINA from all liability to the Defendants arising out of the matters herein set forth herein upon payment of the sum of Four Hundred Sixty-Seven Thousand dollars ($467,000.00) with any accrued interest into this Court;

    e.    Awarding LINA its costs and attorney's fees and expenses associated with this action from the funds it seeks to interplead;

    f.    And for any other relief this Court deems just and proper in the premises.

Dated this 24th day of August 2023.

                              HINSHAW & CULBERTSON LLP

                              */s/ Steven D. Lehner*
                              Steven D. Lehner, Esquire
                              Florida Bar No. 039373
                              100 South Ashley Drive
                              Suite 1310
                              Tampa, FL 33602
                              Primary: slehner@hinshawlaw.com
                              Secondary: mmatthews@hinshawlaw.com;
                              hbrown@hinshawlaw.com
                              Telephone: 813-276-1662
                              Facsimile: 813-436-8738
                              *Attorneys for Plaintiff LIFE INSURANCE COMPANY OF NORTH AMERICA*