# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Plaintiff,                                CASE NO.: 3:23-cv-993-MMH-MCR

vs.

CINDY SUE RAINEY, BAILEY
RAINEY, JACK RAINEY, FRANCES
JUNE ARCHIBALD, SUZANNE
RAINEY, and LISA JUNE HUDEC,

    Defendants.
_____

## JOINT MOTION TO DISBURSE FUNDS
## TO BE DEPOSITED IN THE COURT REGISTRY

**COME NOW** Defendants FRANCES JUNE ARCHIBALD, SUZANNE RAINEY and LISA JUNE HUDEC, who are joined by Defendants CINDY SUE RAINEY, BAILEY RAINEY and JACK RAINEY, by and through their undersigned counsel, and hereby file this Joint Motion to Disburse Funds to be Deposited in the Court Registry (Joint Motion).

1. This Joint Motion is being filed simultaneously with the parties' Notice of Resolution.

2. The parties hereby jointly request that, upon completion of the Court's deposit directive as set out in its April 16, 2024 Order (Dkt. 41), the Court

direct the Clerk of the Court to disburse all available funds in the Court Registry to the law firm trust account of counsel for Defendant CINDY SUE RAINEY (to wit: the Fisher Rushmer Trust Account, 200 E. Robinson Street, Suite 800, Orlando, Florida 32801-1993).

3. By their signatures below, included with their specific authorization, counsel for all Defendants confirm that all Defendants join in this Joint Motion.

/s/ Walter A. Ketcham
Walter A. Ketcham, Jr., Esquire
Counsel for
Defendant CINDY SUE RAINEY

/s/ Marc E. Dwyer
Marc E. Dwyer, Esquire
Counsel for
Defendants BAILEY RAINEY and JACK RAINEY

RESPECTFULLY SUBMITTED,

MILTON, LEACH, WHITMAN, D'ANDREA, & ESLINGER, COLLINS & CLOSE, P.A.

/s/ Joshua A. Whitman
Joshua A. Whitman, Esquire
Florida Bar No.: 399264
3127 Atlantic Boulevard
Jacksonville, Florida 32207
Tel: 904/ 346-3800
Fax: 904/ 346-3692
Primary E-Mail: jwhitman@miltonleach.com
Secondary E-Mail: schmidt@miltonleach.com
Counsel for Defendants FRANCES JUNE ARCHIBALD, SUZANNE RAINEY and LISA JUNE HUDEC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2024 I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

                                               /s/ Joshua A. Whitman
                                               ATTORNEY