UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

      Plaintiff,

v.                                            CASE NO. 3:23-cv-993-MMH-MCR

CINDY SUE RAINEY, et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court on the Joint Motion to Disburse Funds to Be Deposited in the Court Registry ("Motion") (Doc. 43).

In the Motion, Defendants jointly seek an order directing the Clerk of Court to disburse the funds, which must be deposited into the Court's registry pursuant to the Court's April 16, 2024 Order, to the law firm trust account of counsel for Defendant, Cindy Sue Rainey. (*Id.*) Simultaneous with the Motion, Defendants, Frances June Archibald, Suzanne Rainey, and

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed.R.Civ.P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed.R.Civ.P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

Lisa June Hudec, filed a Notice of Resolution (Doc. 42), pursuant to Local Rule 3.09.

Upon consideration of the filings and the lack of opposition, it is respectfully **RECOMMENDED**:

1. The Motion (**Doc. 43**) be **GRANTED**.

2. After the insurance proceeds are deposited into the Court's registry, pursuant to Local Rule 7.03,[2] the Clerk of Court be **DIRECTED** to disburse the funds, together with any interest accruing thereon through the date of disbursement, less any Court registry fees, to the Fisher Rushmer Trust Account, 200 E. Robinson Street, Suite 800, Orlando, Florida 32801-1993.

**DONE AND ENTERED** at Jacksonville, Florida, on April 25, 2024.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Hon. Marcia Morales Howard
United States District Judge

Counsel of Record

---

[2] In the interest of judicial economy, the Court waives the requirement to provide a proposed order under Local Rule 7.03(b)(3).